IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| JIMMIE HAROLD CAUDLE, JR. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV-06-188-E-BLW |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| DEPUTY STEEL, DEPUTY SCHWARTZ, SARGENT O'DELL, SARGENT RAYMOND, and SARGENT COUSINS, | ) | |
| | ) | |
| Defendants. | ) | |

On August 29, 2008, the Court entered an Order dismissing this action with prejudice. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's cause of action is DISMISSED with prejudice.

DATED: **August 29, 2008**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT -1**